UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| G4S JUSTICE SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:07-cv-0945- SEB-JMS |
| | ) | |
| CORRECTIONAL PROGRAM SERVICES, INC., et. al., | ) ) | |
| Defendants. | ) | |

## ADOPTION OF MEMORANDUM DECISION AND JUDGMENT

The Magistrate Judge submitted her Report and Recommendation and Proposed Memorandum of Decision which reads as follows:

(H. I.)

and counsel was afforded due opportunity pursuant to statute and the rules of this Court to file objections thereto. The Court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, approves and adopts the Magistrate Judge's Report, Recommendation and Memorandum of Decision as that of the Court.

**IT IS, THEREFORE, CONSIDERED AND ADJUDGED** that the Defendants' Motion to Set Aside Default Judgment is **GRANTED**. The Default Judgment (Dkt. # 16) is set aside.
**SO ORDERED.**

Date: 08/21/2008

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Andrew Lorin Campbell
BAKER & DANIELS
andrew.campbell@bakerd.com,denise.fort@bakerd.com

Richard Patrick Darke
DUANE MORRIS LLP
rpdarke@duanemorris.com,ganaya@duanemorris.com

John Joseph Tanner
BAKER & DANIELS
jjtanner@bakerd.com,susan.trenary@bakerd.com